**Calvin Eric LIPSCOMB, Petitioner–Appellant,**

v.

**WARDEN, BRUNSWICK CORRECTIONAL CENTER; Office of the Attorney General, Respondents–Appellees.**

No. 02–6656.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Jeroyd Wiley Greene, III, Janipher W. Robinson, Ltd., Richmond, Virginia, for Appellant. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Calvin Eric Lipscomb seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Lipscomb v. Warden, Brunswick Corr. Ctr.*, No. CA–01–306–7 (W.D.Va. Mar. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*